NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-3079

PATRICIA HOOKS,

Petitioner,

v.

MERIT SYSTEMS PROTECTION BOARD,

Respondent,

and

DEPARTMENT OF THE INTERIOR,

Intervenor.

Petition for review of the Merit Systems Protection Board in AT0752070959-I-1.

ON MOTION

Before MOORE, Circuit Judge.

ORDER

The court treats the Department of the Interior's opposition to the Merit Systems Protection Board's motion to reform the caption as a motion for leave to intervene. Patricia Hooks submits a response.

The court granted the motion to reform the caption on March 20, 2009. The court agrees with the Department that intervention is appropriate.

Accordingly,

IT IS ORDERED THAT:

The Department's motion for leave to intervene is granted. The revised official

caption is reflected above.

FOR THE COURT

APR 2 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

APR 0 2 2009

JAN HORBALY
CLERK

cc:    Willie C. Weaver, Sr., Esq.
       James P. Connor, Esq.
       Calvin M. Morrow, Esq.

s17